

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00314-CV

## IN RE RAMSAY ALLEN RAMSEY

## MEMORANDUM  OPINION

The petition for writ of habeas corpus is denied, and the motion for emergency relief is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed September 17, 2015
[OT06]

